UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Hotel, Restaurant and Bar Employees Health and Welfare Fund, Hotel, Restaurant and Bar Employees Pension Fund,

Plaintiffs,

vs.

ORDER

T-Bonz Enterprises, Inc.,

Defendant.

Civ. No. 00-1523 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Timothy W. Andrew, Falsani Balmer Berglund & Peterson, 1200 Alworth Bldg, 306 Superior St. W., Duluth, MN 55802.

At Duluth, in the District of Minnesota, this 30th day of October, 2000.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on June 23, 2000, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been

2

OCT 30 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiffs is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE